UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                              February 11, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                              Docket # Cr. 11-520-02(JBS)
UNITED STATES
    VS
TODD REEVES
    (Deft. Present)

Appearances:
Wayne Hettenbach, AUSA for govt.
Patrick Dugan, AUSA for govt.
Edward Jacobs, Esq. for deft.

Nature of Proceedings:    SENTENCING ON COUNT 1-6 AND 8 OF THE REDACTED
                          INDICTMENT
IMPRISONMENT: 26 Months on each of counts 1-6 and 8, all to be served concurrently
SUPERVISED RELEASE: 3 years on all counts concurrently with special conditions
FINE: $7,000.00
SPECIAL ASSESSMENT: $700.00
RESTITUTION: $ 140,000.00
FORFEITURE: Order to be submitted
It is recommended that the defendant be designated to FCI Fairton Camp Facility.
Ordered deft. to surrender to the institution designated by the Bureau of Prisons on
December 1, 2015
Order bail continued

Time Commenced 9:45 am  Time Adjourned 12:00 pm Total Time: 2 Hr. 15 Minutes
Time Commenced 3:15 pm  Time Adjourned  3:45 pm Total Time: 30 Minutes

                                        s/ *Marnie Maccariella*
                                        **DEPUTY CLERK**